1
2
3
4
5
6
7

JS6

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11   ESTHER CHOW,                  )     Case No. CV 11-7816-SJ0  (OP)
                                    )
12                                  )     J U D G M E N T
              Plaintiff,            )
13                                  )
          v.                        )
14                                  )
     ALHAMBRA SUPERIOR COURT,       )
15   et al.,                        )
                                    )
16                                  )
              Defendants.           )
     _____)

17        IT IS ADJUDGED that the Complaint is dismissed without prejudice.

18   DATED: October 30, 2012

19                                  HONORABLE S. JAMES OTERO
                                    United States District Judge

20

21   Prepared by:

22

23

24   HONORABLE OSWALD PARADA
     United States Magistrate Judge

25

26

27

28