JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER CHOW,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ALHAMBRA SUPERIOR COURT, et al.,<br><br>　　　　　Defendants. | Case No. CV 11-7816-SJ0 (OP)<br><br>J U D G M E N T |

IT IS ADJUDGED that the Complaint is dismissed without prejudice.

DATED: October 30, 2012

_____
HONORABLE S. JAMES OTERO
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge